1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6878
7      Facsimile: (415) 436-7234
       email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
    UNITED STATES OF AMERICA,        )   CR 00-363 VRW
14                                   )
              Plaintiff,              )
15                                   )
         v.                          )   **STIPULATION and**
16                                   )   ~~(PROPOSED)~~ **ORDER**
                                     )   **CONTINUING HEARING**
17                                   )
    DERRICK DAVIS,                   )
18                                   )
                                     )
19            Defendant.              )
                                     )
20
         The United States of America, by and through its attorneys, Scott N. Schools, United
21
    States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney,
22
    and defendant Derrick Davis, by and through his attorney Elizabeth Falk, request that the status
23
    hearing in the above captioned case be continued from January 10, 2008 to February 14, 2008 if
24
    that date is convenient to the Court. The United States Probation Office is waiting for additional
25
    information relating to the violation alleged in the November 13, 2007 Petition for Arrest
26
    Warrant for Offender Under Supervision. This information is necessary for the government to
27
    determine whether or not to proceed on the violation. The defendant is not in custody and
28

STIPULATION and ORDER CONTINUING HEARING
CR 00-363 VRW

1  remains on supervision pending an outcome in this case.

2

3  DATED: December 21, 2007                    Respectfully submitted,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5

6                                                          /s/
                                               _____
7                                              ELISE BECKER
                                               Assistant United States Attorney
8
   SO STIPULATED.
9
   DATED: December 21, 2007
10

11                                                         /s/
                                               _____
12                                             ELIZABETH FALK
                                               Attorney for Derrick Davis
13
   SO ORDERED.
14 DATED:   December 27, 2007

15

16                                             IT IS SO ORDERED

17                                             _____
                                               CHIEF JUDGE VAUGHN R WALKER
18                                             UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

STIPULATION and ORDER CONTINUING HEARING
CR 00-363 VRW